| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Toyota Motor Credit Corporation | **Order Filed on May 15, 2019 by<br>Clerk, U.S. Bankruptcy Court -<br>District of New Jersey** |
| In Re:<br><br>Seungwan Noh,<br><br>Debtor. | Case No.:  19-15683 SLM<br>Adv. No.:<br>Hearing Date:  5/8/19 @ 8:30 a.m.<br><br>Judge:  Stacey L. Meisel |

**ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED:** May 15, 2019

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtors: Seungwan Noh
Case No.: 19-15683 SLM
Caption: **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor Toyota Motor Credit Corporation, holder of a 2017 Toyota Camry, VIN: 4T1BF1FKXHU673979, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Jae Y. Kim, Esquire, attorney for Debtor, Seungwan Noh, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Secured Creditor is permitted to use post-petition funds to apply to a pre-petition monthly installment that was due at filing and same will not be a violation of the automatic stay; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor will amend its claim within 30 days of confirmation; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the claim of the Secured Creditor will be treated as unaffected; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-15683-SLM
Seungwan Noh                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 15, 2019
                       Form ID: pdf903  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2019.
db             +Seungwan Noh,    467 Stevens Ave.,    Ridgewood, NJ 07450-5416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Jae Y. Kim    on behalf of Debtor Seungwan  Noh jkim@jyklaw.com, jhkim@jyklaw.com;jyklaw@yahoo.com;kimjr83713@notify.bestcase.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Nicholas V. Rogers    on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
      Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation  rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                TOTAL: 6