Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF MAY  8, 2023

**Chapter 13 Case # 19-15683**

Re:   SEUNGWAN NOH  
467 STEVENS AVE  
RIDGEWOOD, NJ  07450

Atty:   JAE Y. KIM, ESQ.  
ONE UNIVERSITY PLAZA  
SUITE 212  
HACKENSACK, NJ  07601

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

### RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/01/2019 | $1,153.00 | 5746791000 | 05/03/2019 | $1,153.00 | 5831945000 |
| 06/03/2019 | $1,153.00 | 5907634000 | 07/02/2019 | $1,153.00 | 5986966000 |
| 08/02/2019 | $1,153.00 | 6064376000 | 09/03/2019 | $1,153.00 | 6146954000 |
| 10/02/2019 | $1,153.00 | 6222679000 | 11/04/2019 | $1,153.00 | 6301653000 |
| 12/03/2019 | $1,153.00 | 6375337000 | 01/03/2020 | $1,153.00 | 6451147000 |
| 02/05/2020 | $1,153.00 | 6532035000 | 03/02/2020 | $1,153.00 | 6607676000 |
| 04/02/2020 | $1,153.00 | 6682934000 | 04/29/2020 | $1,153.00 | 6747031000 |
| 06/02/2020 | $1,153.00 | 6836223000 | 07/02/2020 | $1,153.00 | 6912134000 |
| 08/03/2020 | $1,153.00 | 6980957000 | 08/31/2020 | $1,153.00 | 7046619000 |
| 10/01/2020 | $1,153.00 | 7127546000 | 11/03/2020 | $1,153.00 | 7208244000 |
| 12/02/2020 | $1,153.00 | 7278300000 | 01/04/2021 | $1,153.00 | 7343949000 |
| 02/01/2021 | $1,153.00 | 7413933000 | 02/23/2021 | $1,153.00 | 7471979000 |
| 03/29/2021 | $1,153.00 | 7554909000 | 04/29/2021 | $1,153.00 | 7630745000 |
| 06/02/2021 | $1,153.00 | 7704460000 | 06/29/2021 | $1,153.00 | 7772299000 |
| 08/02/2021 | $1,153.00 | 7847421000 | 08/31/2021 | $1,153.00 | 7913323000 |
| 09/28/2021 | $1,153.00 | 7974468000 | 10/29/2021 | $1,153.00 | 8045369000 |
| 11/29/2021 | $1,153.00 | 8103196000 | 01/03/2022 | $1,153.00 | 8177539000 |
| 01/28/2022 | $1,153.00 | 8236997000 | 02/28/2022 | $1,153.00 | 8301887000 |
| 03/29/2022 | $1,153.00 | 8367141000 | 04/27/2022 | $1,153.00 | 8426266000 |
| 05/25/2022 | $1,153.00 | 8486020000 | 07/01/2022 | $1,153.00 | 8561164000 |
| 07/29/2022 | $1,153.00 | 8615095000 | 09/01/2022 | $1,153.00 | 8679682000 |
| 10/03/2022 | $1,153.00 | 8741168000 | 10/25/2022 | $1,153.00 | 8786046000 |
| 11/29/2022 | $1,153.00 | 8849689000 | 01/03/2023 | $1,153.00 | 8910157000 |
| 01/31/2023 | $1,153.00 | 8967505000 | 02/28/2023 | $1,153.00 | 9022093000 |
| 03/27/2023 | $1,153.00 | 9073719000 | | | |

**Total Receipts:  $56,497.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $56,497.00**

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 19-15683**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,215.70 | IN SUMMARY |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 12,217.24 | 100.00% | 11,971.25 | 245.99 |
| 0003 | BANK OF AMERICA, N.A. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 2,232.81 | 100.00% | 2,187.86 | 44.95 |
| 0005 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 2,437.66 | 100.00% | 2,388.59 | 49.07 |
| 0006 | CHASE BANK USA, N.A. | UNSECURED | 474.99 | 100.00% | 465.43 | 9.56 |
| 0007 | CHASE BANK USA, N.A. | UNSECURED | 10,395.96 | 100.00% | 10,186.67 | 209.29 |
| 0008 | MIDLAND CREDIT MANAGEMENT, INC. | UNSECURED | 12,349.22 | 100.00% | 12,100.60 | 248.62 |
| 0009 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 797.54 | 100.00% | 781.48 | 16.06 |
| 0012 | TD BANK HELOC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | TD BANK N.A. | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | US BANK NATIONAL ASSOCIATION | UNSECURED | 3,727.77 | 100.00% | 3,652.72 | 75.05 |
| 0016 | RUSHMORE LOAN MANAGEMENT SERVI | MORTGAGE ARRE | 5,323.95 | 100.00% | 5,323.95 | 0.00 |
| 0017 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 2,145.37 | 100.00% | 2,102.17 | 43.20 |
| 0019 | RUSHMORE LOAN MANAGEMENT SERVI | ADMINISTRATIVE | 1,031.00 | 100.00% | 1,031.00 | 0.00 |

**Total Paid: $55,407.42**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | | |
| | 05/18/2020 | $2,330.30 | 848740 | | 06/15/2020 | $271.02 | 850418 |
| | 07/20/2020 | $278.55 | 852207 | | 08/17/2020 | $278.54 | 854079 |
| | 09/21/2020 | $278.55 | 855881 | | 10/19/2020 | $278.55 | 857777 |
| | 11/16/2020 | $278.54 | 859572 | | 12/21/2020 | $9.28 | 861395 |
| | 01/11/2021 | $278.54 | 863194 | | 02/22/2021 | $278.55 | 864852 |
| | 03/15/2021 | $278.54 | 866725 | | 04/19/2021 | $278.55 | 868385 |
| | 04/19/2021 | ($278.55) | 868385 | | 04/19/2021 | $278.55 | 869690 |
| | 05/17/2021 | $278.54 | 870296 | | 06/21/2021 | $278.55 | 872097 |
| | 07/19/2021 | $283.08 | 873902 | | 08/16/2021 | $283.03 | 875586 |
| | 09/20/2021 | $283.10 | 877315 | | 10/18/2021 | $283.05 | 879092 |
| | 11/17/2021 | $283.07 | 880803 | | 12/13/2021 | $286.07 | 882439 |
| | 01/10/2022 | $286.07 | 884092 | | 02/14/2022 | $286.09 | 885782 |
| | 03/14/2022 | $286.07 | 887496 | | 04/18/2022 | $286.09 | 889191 |
| | 05/16/2022 | $290.59 | 890904 | | 06/20/2022 | $290.57 | 892588 |
| | 07/18/2022 | $290.60 | 894320 | | 08/15/2022 | $290.59 | 895883 |
| | 09/19/2022 | $290.60 | 897486 | | 10/17/2022 | $290.59 | 899159 |
| | 11/14/2022 | $284.57 | 900736 | | 12/12/2022 | $284.55 | 902291 |
| | 01/09/2023 | $284.57 | 903778 | | 02/13/2023 | $284.59 | 905299 |
| | 03/13/2023 | $284.57 | 906913 | | 04/17/2023 | $284.54 | 908498 |

**Chapter 13 Case # 19-15683**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | | | | | | | |
| | 05/18/2020 | $464.96 | 848824 | | 06/15/2020 | $54.07 | 850510 |
| | 07/20/2020 | $55.58 | 852304 | | 08/17/2020 | $55.58 | 854169 |
| | 09/21/2020 | $55.58 | 855984 | | 10/19/2020 | $55.57 | 857870 |
| | 11/16/2020 | $55.58 | 859665 | | 01/11/2021 | $57.43 | 863271 |
| | 02/22/2021 | $55.58 | 864949 | | 03/15/2021 | $55.58 | 866799 |
| | 04/19/2021 | $55.58 | 868483 | | 05/17/2021 | $55.58 | 870383 |
| | 06/21/2021 | $55.56 | 872191 | | 07/19/2021 | $56.48 | 873989 |
| | 08/16/2021 | $56.48 | 875670 | | 09/20/2021 | $56.49 | 877401 |
| | 10/18/2021 | $56.46 | 879182 | | 11/17/2021 | $56.48 | 880887 |
| | 12/13/2021 | $57.09 | 882523 | | 01/10/2022 | $57.08 | 884178 |
| | 02/14/2022 | $57.07 | 885868 | | 03/14/2022 | $57.08 | 887574 |
| | 04/18/2022 | $57.09 | 889284 | | 05/16/2022 | $57.98 | 890986 |
| | 06/20/2022 | $57.98 | 892674 | | 07/18/2022 | $57.98 | 894396 |
| | 08/15/2022 | $57.98 | 895970 | | 09/19/2022 | $57.98 | 897567 |
| | 10/17/2022 | $57.98 | 899234 | | 11/14/2022 | $56.78 | 900810 |
| | 12/12/2022 | $56.78 | 902366 | | 01/09/2023 | $56.78 | 903848 |
| | 02/13/2023 | $56.77 | 905378 | | 03/13/2023 | $56.78 | 906991 |
| | 04/17/2023 | $56.79 | 908577 | | | | |
| CHASE BANK USA, N.A. | | | | | | | |
| | 05/18/2020 | $90.61 | 848845 | | 05/18/2020 | $1,982.91 | 848845 |
| | 06/15/2020 | $230.62 | 850533 | | 06/15/2020 | $10.53 | 850533 |
| | 07/20/2020 | $10.83 | 852327 | | 07/20/2020 | $237.02 | 852327 |
| | 08/17/2020 | $237.02 | 854192 | | 08/17/2020 | $10.83 | 854192 |
| | 09/21/2020 | $10.83 | 856008 | | 09/21/2020 | $237.03 | 856008 |
| | 10/19/2020 | $237.02 | 857891 | | 10/19/2020 | $10.82 | 857891 |
| | 11/16/2020 | $10.83 | 859688 | | 11/16/2020 | $237.02 | 859688 |
| | 12/21/2020 | $7.90 | 861507 | | 01/11/2021 | $237.02 | 863290 |
| | 01/11/2021 | $11.19 | 863290 | | 02/22/2021 | $10.83 | 864975 |
| | 02/22/2021 | $237.02 | 864975 | | 03/15/2021 | $237.02 | 866820 |
| | 03/15/2021 | $10.83 | 866820 | | 04/19/2021 | $10.83 | 868509 |
| | 04/19/2021 | $237.02 | 868509 | | 05/17/2021 | $237.02 | 870408 |
| | 05/17/2021 | $10.83 | 870408 | | 06/21/2021 | $10.83 | 872217 |
| | 06/21/2021 | $237.02 | 872217 | | 07/19/2021 | $240.89 | 874014 |
| | 07/19/2021 | $11.00 | 874014 | | 08/16/2021 | $11.01 | 875696 |
| | 08/16/2021 | $240.83 | 875696 | | 09/20/2021 | $240.89 | 877428 |
| | 09/20/2021 | $11.00 | 877428 | | 10/18/2021 | $11.01 | 879206 |
| | 10/18/2021 | $240.86 | 879206 | | 11/17/2021 | $240.87 | 880913 |
| | 11/17/2021 | $11.01 | 880913 | | 12/13/2021 | $11.12 | 882545 |
| | 12/13/2021 | $243.43 | 882545 | | 01/10/2022 | $243.43 | 884202 |
| | 01/10/2022 | $11.12 | 884202 | | 02/14/2022 | $11.12 | 885892 |
| | 02/14/2022 | $243.43 | 885892 | | 03/14/2022 | $243.42 | 887602 |
| | 03/14/2022 | $11.13 | 887602 | | 04/18/2022 | $11.12 | 889310 |
| | 04/18/2022 | $243.44 | 889310 | | 05/16/2022 | $247.27 | 891011 |
| | 05/16/2022 | $11.30 | 891011 | | 06/20/2022 | $11.30 | 892702 |
| | 06/20/2022 | $247.25 | 892702 | | 07/18/2022 | $247.29 | 894420 |
| | 07/18/2022 | $11.29 | 894420 | | 08/15/2022 | $11.30 | 895996 |
| | 08/15/2022 | $247.27 | 895996 | | 09/19/2022 | $247.28 | 897595 |
| | 09/19/2022 | $11.29 | 897595 | | 10/17/2022 | $11.31 | 899261 |
| | 10/17/2022 | $247.27 | 899261 | | 11/14/2022 | $242.14 | 900835 |
| | 11/14/2022 | $11.06 | 900835 | | 12/12/2022 | $11.06 | 902389 |
| | 12/12/2022 | $242.18 | 902389 | | 01/09/2023 | $242.14 | 903873 |
| | 01/09/2023 | $11.06 | 903873 | | 02/13/2023 | $11.07 | 905405 |
| | 02/13/2023 | $242.12 | 905405 | | 03/13/2023 | $242.15 | 907017 |
| | 03/13/2023 | $11.06 | 907017 | | 04/17/2023 | $11.07 | 908609 |
| | 04/17/2023 | $242.16 | 908609 | | | | |

Case 19-15683-SLM    Doc 42    Filed 05/09/23    Entered 05/09/23 08:19:04    Desc Main
Document    Page 3 of 5
**Chapter 13 Case # 19-15683**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MIDLAND CREDIT MANAGEMENT, INC. | | | | | | | |
| | 05/18/2020 | $2,355.48 | 849130 | | 06/15/2020 | $273.94 | 850823 |
| | 07/20/2020 | $281.56 | 852647 | | 08/17/2020 | $281.55 | 854504 |
| | 09/21/2020 | $281.56 | 856342 | | 10/19/2020 | $281.56 | 858201 |
| | 11/16/2020 | $281.55 | 859986 | | 12/21/2020 | $9.38 | 861825 |
| | 01/11/2021 | $281.55 | 863577 | | 02/22/2021 | $281.55 | 865330 |
| | 03/15/2021 | $281.55 | 867118 | | 04/19/2021 | $281.55 | 868857 |
| | 05/17/2021 | $281.55 | 870729 | | 06/21/2021 | $281.58 | 872543 |
| | 07/19/2021 | $286.08 | 874320 | | 08/16/2021 | $286.19 | 876010 |
| | 09/20/2021 | $286.06 | 877767 | | 10/18/2021 | $286.16 | 879510 |
| | 11/17/2021 | $286.12 | 881221 | | 12/13/2021 | $289.16 | 882840 |
| | 01/10/2022 | $289.17 | 884488 | | 02/14/2022 | $289.18 | 886201 |
| | 03/14/2022 | $289.16 | 887900 | | 04/18/2022 | $289.12 | 889635 |
| | 05/16/2022 | $293.73 | 891321 | | 06/20/2022 | $293.79 | 893027 |
| | 07/18/2022 | $293.71 | 894701 | | 08/15/2022 | $293.73 | 896285 |
| | 09/19/2022 | $293.74 | 897907 | | 10/17/2022 | $293.73 | 899551 |
| | 11/14/2022 | $287.64 | 901118 | | 12/12/2022 | $287.63 | 902665 |
| | 01/09/2023 | $287.64 | 904160 | | 02/13/2023 | $287.66 | 905703 |
| | 03/13/2023 | $287.64 | 907309 | | 04/17/2023 | $287.65 | 908922 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 05/18/2020 | $152.14 | 8001532 | | 05/18/2020 | $425.87 | 8001532 |
| | 06/15/2020 | $49.54 | 8001591 | | 06/15/2020 | $17.68 | 8001591 |
| | 07/20/2020 | $18.18 | 8001651 | | 07/20/2020 | $50.91 | 8001651 |
| | 08/17/2020 | $50.91 | 8001715 | | 08/17/2020 | $18.18 | 8001715 |
| | 09/21/2020 | $18.19 | 8001772 | | 09/21/2020 | $50.91 | 8001772 |
| | 10/19/2020 | $50.91 | 8001836 | | 10/19/2020 | $18.18 | 8001836 |
| | 11/16/2020 | $18.18 | 8001892 | | 11/16/2020 | $50.91 | 8001892 |
| | 01/11/2021 | $52.60 | 8002011 | | 01/11/2021 | $18.79 | 8002011 |
| | 02/22/2021 | $18.18 | 8002065 | | 02/22/2021 | $50.91 | 8002065 |
| | 03/15/2021 | $50.91 | 8002123 | | 03/15/2021 | $18.19 | 8002123 |
| | 04/19/2021 | $18.18 | 8002171 | | 04/19/2021 | $50.91 | 8002171 |
| | 05/17/2021 | $50.91 | 8002234 | | 05/17/2021 | $18.18 | 8002234 |
| | 06/21/2021 | $18.19 | 8002277 | | 06/21/2021 | $50.88 | 8002277 |
| | 07/19/2021 | $51.74 | 8002330 | | 07/19/2021 | $18.48 | 8002330 |
| | 08/16/2021 | $18.48 | 8002383 | | 08/16/2021 | $51.73 | 8002383 |
| | 09/20/2021 | $51.73 | 8002432 | | 09/20/2021 | $18.47 | 8002432 |
| | 10/18/2021 | $18.48 | 8002481 | | 10/18/2021 | $51.74 | 8002481 |
| | 11/17/2021 | $51.73 | 8002529 | | 11/17/2021 | $18.48 | 8002529 |
| | 12/13/2021 | $18.68 | 8002581 | | 12/13/2021 | $52.28 | 8002581 |
| | 01/10/2022 | $52.28 | 8002633 | | 01/10/2022 | $18.67 | 8002633 |
| | 02/14/2022 | $18.68 | 8002683 | | 02/14/2022 | $52.29 | 8002683 |
| | 03/14/2022 | $52.28 | 8002741 | | 03/14/2022 | $18.67 | 8002741 |
| | 04/18/2022 | $18.67 | 8002785 | | 04/18/2022 | $52.28 | 8002785 |
| | 05/16/2022 | $53.11 | 8002843 | | 05/16/2022 | $18.97 | 8002843 |
| | 06/20/2022 | $18.98 | 8002892 | | 06/20/2022 | $53.10 | 8002892 |
| | 07/18/2022 | $53.12 | 8002950 | | 07/18/2022 | $18.96 | 8002950 |
| | 08/15/2022 | $18.98 | 8002997 | | 08/15/2022 | $53.11 | 8002997 |
| | 09/19/2022 | $53.10 | 8003048 | | 09/19/2022 | $18.96 | 8003048 |
| | 10/17/2022 | $18.98 | 8003103 | | 10/17/2022 | $53.11 | 8003103 |
| | 11/14/2022 | $52.01 | 8003148 | | 11/14/2022 | $18.57 | 8003148 |
| | 12/12/2022 | $18.58 | 8003201 | | 12/12/2022 | $52.00 | 8003201 |
| | 01/09/2023 | $52.02 | 8003257 | | 01/09/2023 | $18.58 | 8003257 |
| | 02/13/2023 | $18.57 | 8003309 | | 02/13/2023 | $52.00 | 8003309 |
| | 03/13/2023 | $52.01 | 8003367 | | 03/13/2023 | $18.58 | 8003367 |
| | 04/17/2023 | $18.57 | 8003414 | | 04/17/2023 | $52.01 | 8003414 |
| RUSHMORE LOAN MANAGEMENT SERVICES | | | | | | | |
| | 05/18/2020 | $5,323.95 | 849334 | | 12/21/2020 | $1,031.00 | 862041 |

**Chapter 13 Case # 19-15683**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| US BANK NATIONAL ASSOCIATION | | | | | | |
| | 05/18/2020 | $711.01 | 849727 | 06/15/2020 | $82.72 | 851417 |
| | 07/20/2020 | $84.98 | 853302 | 08/17/2020 | $85.00 | 855108 |
| | 09/21/2020 | $84.99 | 857007 | 10/19/2020 | $84.99 | 858826 |
| | 11/16/2020 | $84.99 | 860593 | 01/11/2021 | $87.83 | 864074 |
| | 02/22/2021 | $84.99 | 866035 | 03/15/2021 | $84.99 | 867613 |
| | 04/19/2021 | $84.99 | 869523 | 05/17/2021 | $84.99 | 871317 |
| | 06/21/2021 | $84.99 | 873176 | 07/19/2021 | $86.36 | 874882 |
| | 08/16/2021 | $86.39 | 876596 | 09/20/2021 | $86.35 | 878386 |
| | 10/18/2021 | $86.37 | 880120 | 11/17/2021 | $86.37 | 881786 |
| | 12/13/2021 | $87.30 | 883429 | 01/10/2022 | $87.29 | 885075 |
| | 02/14/2022 | $87.27 | 886812 | 03/14/2022 | $87.30 | 888481 |
| | 04/18/2022 | $87.29 | 890259 | 05/16/2022 | $88.67 | 891888 |
| | 06/20/2022 | $88.66 | 893645 | 07/18/2022 | $88.66 | 895267 |
| | 08/15/2022 | $88.68 | 896811 | 09/19/2022 | $88.66 | 898498 |
| | 10/17/2022 | $88.67 | 900098 | 11/14/2022 | $86.82 | 901672 |
| | 12/12/2022 | $86.84 | 903196 | 01/09/2023 | $86.83 | 904690 |
| | 02/13/2023 | $86.82 | 906281 | 03/13/2023 | $86.83 | 907848 |
| | 04/17/2023 | $86.83 | 909511 | | | |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | |
| | 05/18/2020 | $409.21 | 848613 | 06/15/2020 | $47.59 | 850287 |
| | 07/20/2020 | $48.91 | 852065 | 08/17/2020 | $48.92 | 853938 |
| | 09/21/2020 | $48.90 | 855719 | 10/19/2020 | $48.92 | 857617 |
| | 11/16/2020 | $48.91 | 859410 | 01/11/2021 | $50.54 | 863038 |
| | 02/22/2021 | $48.91 | 864647 | 03/15/2021 | $48.92 | 866549 |
| | 04/19/2021 | $48.91 | 868164 | 05/17/2021 | $48.92 | 870094 |
| | 06/21/2021 | $48.91 | 871871 | 07/19/2021 | $49.71 | 873695 |
| | 08/16/2021 | $49.70 | 875384 | 09/20/2021 | $49.72 | 877100 |
| | 10/18/2021 | $49.69 | 878881 | 11/17/2021 | $49.71 | 880585 |
| | 12/13/2021 | $50.24 | 882222 | 01/10/2022 | $50.24 | 883880 |
| | 02/14/2022 | $50.22 | 885553 | 03/14/2022 | $50.24 | 887275 |
| | 04/18/2022 | $50.25 | 888938 | 05/16/2022 | $51.03 | 890677 |
| | 06/20/2022 | $51.02 | 892345 | 07/18/2022 | $51.03 | 894092 |
| | 08/15/2022 | $51.03 | 895655 | 09/19/2022 | $51.02 | 897242 |
| | 10/17/2022 | $51.03 | 898919 | 11/14/2022 | $49.98 | 900485 |
| | 12/12/2022 | $49.97 | 902058 | 01/09/2023 | $49.97 | 903549 |
| | 02/13/2023 | $49.97 | 905053 | 03/13/2023 | $49.97 | 906668 |
| | 04/17/2023 | $49.96 | 908233 | | | |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: May 08, 2023.

Receipts: $56,497.00    -    Paid to Claims: $52,191.72    -    Admin Costs Paid: $3,215.70    =    Funds on Hand: $1,089.58

Unpaid Balance to Claims: $941.79    +    Unpaid Trustee Comp: $0.00    =    Total Unpaid Balance: **($147.79)

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.