| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Seungwan Noh** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–7352 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–15683–SLM | | |

## Order of Discharge                                                                                                  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Seungwan Noh

<u>7/11/23</u>                                                                **By the court:** <u>Stacey L. Meisel</u>
                                                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 19-15683-SLM
Seungwan Noh                                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                      User: admin                                                   Page 1 of 3
Date Rcvd: Jul 11, 2023                   Form ID: 3180W                                                Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2023:**

| Recip ID   |   | Recipient Name and Address |
|---|---|---|
| db         | + | Seungwan Noh, 467 Stevens Ave., Ridgewood, NJ 07450-5416 |
| cr         | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518131768  | + | American Express, 500 N. Frankline Tpke., PO Box 278, Ramsey, NJ 07446-0278 |
| 518131770  | + | Bank of America, N.A., 1787 Veterans Memorial Highway, Islandia, NY 11749-1500 |
| 518131771  | + | Best Buy, PO Box 790394, Saint Louis, MO 63179-0394 |
| 518131777  | + | Ian T. Childs, Esq., Rubin & Rothman, LLC, 1787 Veterans Memorial Highway, Islandia, NY 11749-1500 |
| 518131778  | + | Midland Credit Management, Inc., 1037 Raymond BLVD, Suite 710, Newark, NJ 07102-5423 |
| 518131779  | + | TD Bank HELOC, Loan Servicing, PO Box 6600, Greenville, SC 29606-6600 |
| 518131780  |   | TD Bank N.A., PO Box 100290, Columbia, SC 29202-3290 |
| 518131781  |   | US Bank Korean Air, P.O. Box 2409, Houston, TX 77252-2409 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID   |   | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg        |   | Email/Text: usanj.njbankr@usdoj.gov | Jul 11 2023 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg        | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 11 2023 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518131769  | + | Email/PDF: bncnotices@becket-lee.com | Jul 11 2023 21:17:45 | American Express Legal, 200 Vesey Street, New York, NY 10285-0002 |
| 518221364  |   | Email/PDF: bncnotices@becket-lee.com | Jul 11 2023 21:17:43 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518761008  | + | Email/Text: flyersprod.inbound@axisai.com | Jul 11 2023 20:58:00 | CSMC 2019-RPL11 Trust, C/O Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 518761009  | + | Email/Text: flyersprod.inbound@axisai.com | Jul 11 2023 20:58:00 | CSMC 2019-RPL11 Trust, C/O Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708, CSMC 2019-RPL11 Trust, C/O Rushmore Loan Management Services 92619-5004 |
| 518158132  | + | EDI: AIS.COM | Jul 12 2023 00:57:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518131772  | + | EDI: CAPITALONE.COM | Jul 12 2023 00:51:00 | Capital One Services, LLC, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 518190671  | + | Email/Text: RASEBN@raslg.com | Jul 11 2023 20:58:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518131775  | + | EDI: CITICORP.COM | Jul 12 2023 00:51:00 | Citi Costco Visa, PO Box 9001016, Louisville, KY 40290-1016 |
| 518270693  | + | EDI: CITICORP.COM | Jul 12 2023 00:51:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 11, 2023 | Form ID: 3180W | Total Noticed: 33 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518131776 | | EDI: CITICORP.COM | Jul 12 2023 00:51:00 | Home Depot, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 518131773 | | EDI: JPMORGANCHASE | Jul 12 2023 00:51:00 | Chase Cardmember Service, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 518131774 | | EDI: JPMORGANCHASE | Jul 12 2023 00:51:00 | Chase Marriott, PO Box 15548, Wilmington, DE 19886-5548 |
| 518224061 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 11 2023 20:59:00 | Midland Funding LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 518711040 | | EDI: PRA.COM | Jul 12 2023 00:57:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518711041 | | EDI: PRA.COM | Jul 12 2023 00:57:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518266052 | | EDI: PRA.COM | Jul 12 2023 00:57:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Credit Card, POB 41067, Norfolk VA 23541 |
| 518178508 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 11 2023 20:58:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518177526 | | EDI: USBANKARS.COM | Jul 12 2023 00:57:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 518253181 | + | EDI: AIS.COM | Jul 12 2023 00:57:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518238280 | + | EDI: WFFC2 | Jul 12 2023 00:51:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 518131782 | | EDI: WFFC.COM | Jul 12 2023 00:57:00 | Wells Fargo Home Mortgage, PO BOX 105632, Atlanta, GA 30348-5632 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518199021 | *+ | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518348464 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2023         Signature:         /s/Gustava Winters

District/off: 0312-2  User: admin  Page 3 of 3
Date Rcvd: Jul 11, 2023  Form ID: 3180W  Total Noticed: 33

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian E Caine | on behalf of Creditor CSMC 2019-RPL11 Trust bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Brian E Caine | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as Owner Trustee of CSMC 2019-RPL11 Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jae Y. Kim | on behalf of Debtor Seungwan Noh jyklaw@gmail.com jhkim@jyklaw.com;jyklaw@yahoo.com;kimjr83713@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7